UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP B. ZIRLOTT, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CASE NO.: 1:12-cv-000635 |
| | § | |
| M. CALLAGHAN & ASSOC., LLC, | § | |
| | § | |
| DEFENDANT. | § | |

**COMPLAINT**

**COMES NOW** the plaintiff, by and through the undersigned attorney and states a claim for relief as follows:

**JURISDICTION AND VENUE**

1. This court has jurisdiction over this matter based upon Fair Debt Collection Practices Act, (FDCPA) 15 U.S.C. § 1692 et seq., and 28 U.S.C. § 1331, in that this dispute involves predominant issues of federal law.

2. Venue is proper in this District because the acts and transactions occurred here and all the parties reside or transact business here.

**FACTUAL ALLEGATIONS**

3. Plaintiff is a consumer and a resident of Baldwin County, Alabama.

4. Defendant M. CALLAGHAN & ASSOC., LLC, ("Callaghan" or "Defendant") is a debt collector as defined by the FDCPA.

5. The alleged debt at issue is a consumer debt pursuant to 15 U.S.C. §1692a(5).

6. On or about October 5, 2012 an agent or employee of Defendant called Plaintiff's cellular telephone and left a message threating criminal prosecution for bank fraud.

7. Agents of Defendant also called the several of the plaintiff's relatives and left similar messages.

8. Plaintiff returned the call and the defendant claimed to be collecting for "MyCashNow," an online payday loan lender, and stated that Plaintiff owed $252.00.

9. Plaintiff once had a loan with MyCashNow but had paid it off in full long before ever being contacted by Defendant.

## FDCPA VIOLATIONS OF DEFENDANT

10. The Defendant has violated the FDCPA in at least the following ways by:

    a. By communicating with third parties without the prior consent of the consumer in violation of §1692c;

    b. Making false, deceptive or misleading representations in connection with the collection of a debt, in violation of §1692e; and

    c. Other false and deceptive acts which violate the FDCPA.

11. Plaintiff is entitled to actual damages, statutory damages, attorney's fees, and costs.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against the defendant for:

   a. Actual damages;

   b. Statutory damages pursuant to 15 U.S.C. §1692k;

   c. Costs and reasonable attorney's fee pursuant to 15 U.S.C. §1692k;

   d. For such other and further relief as may be just and proper.

**RESPECTFULLY** submitted on this the 8th day of October 2012.

/s/ Earl P. Underwood, Jr.
**EARL P. UNDERWOOD, JR. (UNDEE6591)**
**Attorney for Plaintiff**

**UNDERWOOD & RIEMER, PC.**
21 South Section Street
Fairhope AL 36533
(251)-990-5558

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY OF THE ISSUES IN THIS CASE.**

/s/ Earl P. Underwood, Jr.
**EARL P. UNDERWOOD, JR.**

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL**

**M. CALLAGHAN & ASSOC., LLC**
c/o Michael A. Beuson
77 North Buffalo Street
Springville, New York 14141