## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **PHILIP B. ZIRLOTT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | |
| | * | **Case No.  1:12-CV-635-KD-M** |
| | | |
| **M. Callaghan & Associates, LLC,** | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE OF DISMISSAL

  **COMES NOW** the Plaintiff, PHILLIP B. ZIRLOTT, pursuant to FRCP 41(a)(1)(i) and dismisses his claims against the defendant M. Callaghan & Associates, LLC without prejudice.

  **RESPECTFULLY** submitted on this the 15th day of April 2013.

<div style="margin-left:40%">

_s/_ Earl P. Underwood, Jr.
EARL P. UNDERWOOD, JR.
UNDERWOOD & RIEMER, PC
Attorney for Plaintiff
21 South Section Street
Fairhope, Alabama 36533
251-990-5558

</div>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 15th, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system or by the United States Postal Service which will send notification of such filing to the following:

M. CALLAGHAN & ASSOC., LLC
c/o Michael A. Beuson
77 North Buffalo Street
Springville, New York 14141

<div align="center" style="margin-left:40%">

<u>s/ Earl P. Underwood, Jr.</u>
Earl P. Underwood, Jr.

</div>